# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00906-LJO-SKO (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSE WITHIN TWENTY DAYS<br><br>(Doc. 59) |

Plaintiff John Fratus, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 4, 2012.  Pending before the Court is Plaintiff's motion for summary judgment, which Defendants Callow and Beard opposed.  (Docs. 38, 53.)  Plaintiff has not yet filed a reply, and on April 6, 2015, Plaintiff filed a status report and motion requesting assistance from the Court regarding his missing legal property.  (Doc. 59.)

Defendants Callow and Beard are HEREBY ORDERED to file a response within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 8, 2015**             /s/ Sheila K. Oberto
                    UNITED STATES MAGISTRATE JUDGE