# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00906-LJO-SKO (PC)<br><br>ORDER (1) VACATING ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO STATUS REPORT AND (2) REQUIRING PLAINTIFF TO FILE REPLY WITHIN THIRTY DAYS<br><br>(Doc. 58 and 60) |

On April 8, 2015, Plaintiff John Fratus filed a status report notifying the Court that he now has all of his property. Accordingly, the order directing Defendants Callow and Beard to respond to Plaintiff's prior status report regarding his missing property boxes, filed on April 8, 2015, is VACATED, and Plaintiff has **thirty (30) days** from the date of service of this order within which to file his reply to Defendants' opposition to his motion for summary judgment.[1]

IT IS SO ORDERED.

　　Dated:　**April 9, 2015**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Docs. 38, 53.