# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | Case No. 1:12-cv-00906-LJO-SKO (PC) |
| Plaintiff, | ORDER ADDRESSING REQUEST FOR CLARIFICATION REGARDING VACATED DEADLINES |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | (Doc. 64) |
| Defendants. | |

Plaintiff John Fratus ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 4, 2012. This action is proceeding on Plaintiff's second amended complaint against Defendant Callow in his individual capacity on Plaintiff's procedural due process claim for damages and against Defendant Beard in his official capacity for injunctive relief.

On May 8, 2015, Plaintiff filed a motion seeking clarification regarding the vacated discovery and pretrial dispositive motion deadlines. Defendants Callow and Beard did not file a response. Local Rule 230(*l*).

On March 6, 2015, the Court vacated the discovery and pretrial dispositive motion deadlines pending further order. Plaintiff's motion for summary adjudication is currently pending and will be resolved in due course. Once Plaintiff's motion is resolved, the Court will direct the parties to file status reports regarding further discovery and/or pretrial dispositive motions. After

the Court receives and considers the parties' status reports, it will issue an order addressing amended deadlines.

      Accordingly, Plaintiff's motion for clarification is deemed addressed and resolved.

IT IS SO ORDERED.

Dated: **June 22, 2015**               **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE