# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | Case No. 1:12-cv-00906-LJO-SKO (PC) |
| Plaintiff, | AMENDED SCHEDULING ORDER |
| v. | (Docs. 33 and 58) |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | Discovery Deadline: 12/14/2015<br>Pretrial Dispositive Motion Deadline: 01/25/2016 |
| Defendants. | |

Pursuant to the order filed on March 6, 2015, the discovery and scheduling order filed on July 22, 2014, is HEREBY AMENDED as follows:

1. The deadline for the completion of all discovery, including filing motions to compel, is December 14, 2015; and

2. The deadline for filing pretrial dispositive motions is January 25, 2016.

IT IS SO ORDERED.

Dated: **September 1, 2015**         **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE