# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN FRATUS,

Plaintiff,

v.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

Defendants.

_______________________________________/

Case No. 1:12-cv-00906-LJO-SKO (PC)

ORDER REQUIRING DEFENDANTS TO FILE RESPONSE

(Doc. 74)

Plaintiff John Fratus, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 4, 2012. This action is proceeding on Plaintiff's second amended complaint against Defendants Callow and Beard for violation of Plaintiff's Fourteenth Amendment right to procedural due process.

On October 14, 2015, Plaintiff filed a motion to dismiss Defendant Beard and his claim against Beard for injunctive relief.[1] Fed. R. Civ. P. 41(a). Defendants shall file a response in compliance with Local Rule 230(*l*).

IT IS SO ORDERED.

Dated: **October 16, 2015**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff is proceeding against Defendant Beard in his official capacity. *Hartmann v. California Dep't of Corr. & Rehab.*, 707 F.3d 1114, 1127 (9th Cir. 2013).