UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | No. 1:12-CV-00906-DAD-SKO (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS ON OR BEFORE JANUARY 11, 2016<br><br>(Doc. No. 88) |

Plaintiff John Fratus, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 4, 2012.  This action is proceeding on plaintiff's second amended complaint against defendant Callow for violation of plaintiff's Fourteenth Amendment right to procedural due process.  On December 21, 2015, defendant Callow filed a notice of settlement and requested the court set a twenty-one day deadline, up to and including January 11, 2016, within which for the parties to file dispositional documents with the court.  *See* Local Rule 160(a), (b).

/////

/////

/////

/////

1

Accordingly, for the reasons set forth above, the parties SHALL file with the court the dispositional documents in this action on or before January 11, 2016.  *See* Local Rule 160(b).

IT IS SO ORDERED.

Dated:  **December 22, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2