KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant Callow*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,** <br><br> Plaintiff, <br><br> v. <br><br> **CALLOW,** <br><br> Defendant. | No. 1:12-cv-00906 DAD-SKO (PC) <br><br> **ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL AND DENYING MOTIONS TO COMPEL AS MOOT** <br><br> (Docs. 80, 83, and 90) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Fratus ("Plaintiff") and Defendant Callow stipulate to the voluntary dismissal of this action with prejudice.

Each party is to bear his own costs, fees, or expenses. There is no prevailing party in this action.

///

///

///

1

IT IS SO STIPULATED.

Dated:  December 18, 2015                      Respectfully submitted,

                                               */s/ John Fratus*

                                               John Fratus
                                               *Plaintiff Pro Se*

Dated:  December 18, 2015                      KAMALA D. HARRIS
                                               Attorney General of California
                                               CHRISTOPHER J. BECKER
                                               Supervising Deputy Attorney General

                                               */s/ Diana Esquivel*

                                               DIANA ESQUIVEL
                                               Deputy Attorney General
                                               *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, this action is HEREBY DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii), and Plaintiff's pending motions to compel (Doc. Nos. 80 & 83) are DENIED as moot.

IT IS SO ORDERED.

Dated:  **January 5, 2016**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE

2